DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MONAHAN, MARGARET MONAHAN, CHESTER BOUDRIAS, 5M PIONEER PROPERTIES, LLC,** and **ACE HIGH FARMS, LLC.,**
Appellants,

v.

**JUDY MAYNARD**,
as Personal Representative of the Estate of LARRY MAYNARD,
Appellee.

No. 4D22-871

[February 2, 2023]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Laurie E. Buchanan, Judge; L.T. Case No. 562018CA00834.

Glenn A. Crickenberger of G.C. Law, Fort Pierce, for appellants.

Jane Kreusler-Walsh, Rebecca Mercier Vargas, and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***